UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
LEAH GRUNWALD,

      Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendant.
------------------------------------- X

ORDER

20 Civ. 11004 (GBD)

GEORGE B. DANIELS, District Judge:

  The initial conference scheduled to occur on March 2, 2021 is hereby cancelled. A status conference is set for June 1, 2021 at 9:45 a.m.

Dated: February 23, 2021
   New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE