UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

LEAH GRUNWALD,

                          Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC.,

                          Defendant.

------------------------------------ x

ORDER

20 Civ. 11004 (GBD)

GEORGE B. DANIELS, District Judge:

    In light of the Plaintiff's notice that the parties have reached a settlement on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report within thirty (30) days of this order.

Dated: April 27, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE